FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0367

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0367

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

EDWIN J. TUFFREE,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 18, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 12 2023